IN THE SUPREME COURT OF THE STATE OF NEVADA

TIMOTHY HOWARD JOHNSON,
Petitioner,
vs.
THE ELEVENTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
PERSHING; AND THE HONORABLE
JIM C. SHIRLEY, DISTRICT JUDGE,
Respondents.

No. 84669

FILED

JUL 05 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY ___S. Young___
DEPUTY CLERK

## *ORDER DISMISSING PETITION*

Petitioner's motion for withdrawal of this petition for writ of mandamus is granted. This petition is dismissed. *See* NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Jim C. Shirley, District Judge
       Timothy Howard Johnson
       Attorney General/Carson City
       Clerk of the Court/Court Administrator

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

22-20939